

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2015

No. 04-14-00177-CR

Alejandro Leal **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 12-090168-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is GRANTED. Time is extended to January 5, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2015.

Keith E. Hottle
Clerk of Court